IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLEN BRADLEY**                                                                                           **PLAINTIFF**

v.                          No. 4:10-cv-2019-DPM

**LITTLE ROCK WASTEWATER UTILITY;
and DALE GILBERT, in his individual and
official capacities as a Supervisor of the
Little Rock Wastewater Utility**                                          **DEFENDANTS**

## JUDGMENT

Bradley's amended complaint is dismissed with prejudice.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 January 2012